**STATEMENT OF OFFENSE**

On Sunday, July 20, 2025, a little before 2:00 AM, officers of the Metropolitan Police Department ("MPD") were conducting routine patrol in the 600 block of Q Street NW when they observed two subjects, one of whom was later identified as Willie SPEAKS, looking into unoccupied vehicles. When MPD officers stopped their marked police cruiser and attempted to make contact with the two subjects, they both started to flee on foot. Officers observed SPEAKS running westbound in the 600 Block of Q Street NW and turning southbound on to the 1500 Block of 7th Street NW. SPEAKS was successfully stopped less than a minute later around the corner in front of 1541 7th Street NW. At the time he was stopped, SPEAKS had a cross-body bag draped around his body.

Officers canvassed the area and located the second subject, who was fleeing on foot on 6th Street NW. Upon MPD Officer Campos getting close to him, the second subject had run into the alleyway between 1500 6th Street NW and 1500 Marion Street NW, at which point he was stopped successfully in front of 1532 Marion Street NW.

Upon canvassing the flight path of the two subjects, including SPEAKS, MPD officers located a handgun in the front of the residence of 634 Q Street NW. Officers interviewed the homeowner of 634 Q Street NW and were able to retrieve home surveillance video footage, which revealed SPEAKS discarding the handgun in front of the location as he was fleeing on foot from officers. More specifically, the home surveillance video footage showed two subjects running down Q Street NW, one of whom had a cross-body bag and one of whom did not appear to have any bags. The subject with the cross-body bag, whose clothing was also consistent with SPEAKS when he was stopped within a minute later, reached into the cross-body bag and tossed an item in front of 634 Q Street, which is the location at which officers ultimately recovered the handgun. Below are screenshots of that home surveillance video footage, with SPEAKS circled in red and the "X" marking the approximate location at which the handgun was ultimately recovered.





Additionally, below is screenshot from the body-worn camera of MPD Officer Barber, who found the handgun in that approximate area.



The recovered handgun was a .45 caliber P80 Ghost Gun, with no serial number. It was loaded with one round of ammunition in the chamber and nine rounds of ammunition in a magazine that was capable of holding thirteen rounds.

SPEAKS identified himself verbally and was confirmed through a law enforcement database as Willie SPEAKS, DOB ▮▮▮▮▮▮▮.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

Your affiant confirmed that SPEAKS did not have a valid license to carry a pistol or to possess ammunition in the District of Columbia. Additionally, it is not possible to register this particular firearm in the District of Columbia because it does not have a serial number.

At the time of this offense, SPEAKS previously had been convicted of a crime punishable by a term of incarceration greater than one year. More specifically, on November 22, 2024, SPEAKS was convicted of Loaded Handgun on Person in Maryland Case No. C-16-CR-23-003008. He was sentenced to three years of incarceration, all but one hundred sixty-nine days of which was suspended. He was also sentenced to three years of supervised probation, which was set to expire on November 22, 2027.

As such, your affiant submits that probable cause exists to charge Willie SPEAKS, DOB ▮▮▮▮▮▮▮, with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition, and with a violation of 22 D.C. Code § 4503(a)(1), which makes it a crime for a convicted felon to possess a firearm.

Respectfully submitted,

_____
David Miguel-Campos
Police Officer, Badge #3008
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 24, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE